| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| MIDDLE DISTRICT OF FLORIDA |
| Case number *(if known)* _____  Chapter **11** |
| ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name** — **King State Coffee LLC**

**2. All other names debtor used in the last 8 years**
Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number** (EIN) — **82-0991470**

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **520 E. Floribraska Avenue** <br> **Tampa, FL 33603** <br> Number, Street, City, State & ZIP Code | **16703 E. Course Drive** <br> **Tampa, FL 33624** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Hillsborough** <br> County | **Location of principal assets, if different from principal place of business** <br> _____ <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL) _____

**6. Type of debtor**
- ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

Debtor **King State Coffee LLC**     Case number (*if known*) _____
     Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

     __2211__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:

     ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|---|---|---|
| District | When | Case number |

Debtor **King State Coffee LLC**  Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
  Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency _____
       Contact name _____
       Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
■ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **King State Coffee LLC**     Case number (*if known*) _____
    Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **King State Coffee LLC**  Case number (*if known*) _____
       Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **February 2, 2024**
             MM / DD / YYYY

**X /s/ Timothy F. McTague**                           **Timothy F. McTague**
Signature of authorized representative of debtor        Printed name

Title  **Manager**

**18. Signature of attorney**

**X /s/ David S. Jennis**                              Date **February 2, 2024**
Signature of attorney for debtor                            MM / DD / YYYY

**David S. Jennis 775940**
Printed name

**David Jennis, PA d/b/a Jennis Morse**
Firm name

**606 East Madison Street**
**Tampa, FL 33602**
Number, Street, City, State & ZIP Code

Contact phone **(813) 229-2800**   Email address **ecf@JennisLaw.com**

**775940 FL**
Bar number and State

# King State

## Profit and Loss
October - December, 2023

|  | TOTAL |
|---|---:|
| Income | |
|   4000 In-Store Sales | |
|     4005 In-Store Food Sales | 127,770.00 |
|     4010 In-Store Beverage Sales | 151,381.90 |
|   **Total 4000 In-Store Sales** | **279,151.90** |
|   4200 Wholesale Sales | 4,640.00 |
|   4300 Merchandise Sales | 3,188.00 |
|   4350 Website Sales | 33,751.30 |
|   4500 Discounts/Comps | -14,638.74 |
|   4600 Brutalist Equipment Rental Sales | 11,101.14 |
|   Unapplied Cash Payment Income | 6,226.00 |
| **Total Income** | **$323,419.60** |
| Cost of Goods Sold | |
|   5100 COGS Beverages | |
|     5105 COGS - Beer | |
|       5106 COGS - Beer Keg Rental | 1,575.36 |
|       5107 COGS - Beer Draft | 23,857.35 |
|     **Total 5105 COGS - Beer** | **25,432.71** |
|     5110 COGS - Coffee | 12,887.68 |
|     5115 COGS - Liquor | 1,815.66 |
|     5120 COGS - Wine | 15,847.73 |
|     5125 COGS -N/A Beverage | 897.47 |
|     5500 COGS Distribution | 8,845.25 |
|   **Total 5100 COGS Beverages** | **65,726.50** |
|   5200 COGS - Food | 56,037.87 |
|   5300 COGS Paper and Packaging | 591.05 |
|   5400 COGS Merchandise | 2,332.00 |
|   5600 COGS Shipping Cost | 3,057.95 |
| **Total Cost of Goods Sold** | **$127,745.37** |
| **GROSS PROFIT** | **$195,674.23** |
| Expenses | |
|   6000 Employee Salaries And Benefits | |
|     6050 Payroll Expenses | |
|       6100 Salaries and Wages | 130,559.72 |
|       6395 Payroll Manual | 1,057.69 |
|       6450 Subcontractors | 8,740.00 |
|     **Total 6050 Payroll Expenses** | **140,357.41** |
|     6500 Employee Benefits | 13,737.57 |
|   **Total 6000 Employee Salaries And Benefits** | **154,094.98** |

# King State

## Profit and Loss
October - December, 2023

|  | TOTAL |
|---|---:|
| 7000 Operating Expenses | |
|    7005 Bar Supplies | 3,380.22 |
|    7015 Cleaning & Paper Supplies | 1,511.97 |
|    7020 Cleaning Service | 411.00 |
|    7025 Equipment Rental | 2,043.46 |
|    7030 Flowers And Decorations | 389.88 |
|    7040 Kitchen/Restaurant Supplies | 28,183.50 |
|    7045 Laundry & Linen Rental | 106.64 |
|    7050 Music And Entertainment | 79.16 |
|    7060 POS Services/Supplies | 4,420.68 |
| **Total 7000 Operating Expenses** | **40,526.51** |
| 7090 Fees and Commission | |
|    7093 Charge Backs | 46.75 |
|    7094 Credit Card Fees | 7,701.42 |
|    7095 Sales Adjustments | 102.74 |
| **Total 7090 Fees and Commission** | **7,850.91** |
| 7100 Marketing Expense | |
|    7105 Advertising | 4,431.85 |
|    7115 Printing And Reproduction | 2,446.05 |
|    7130 Research and Development | 277.74 |
| **Total 7100 Marketing Expense** | **7,155.64** |
| 7200 Repairs And Maintenance | 9,513.22 |
| 7300 Occupany Expenses | |
|    7315 Rent or Lease | |
|      7316 500 Floribraska Lotb Rent | 1,713.00 |
|      7317 SPoT Rent | 1,860.50 |
| **Total 7315 Rent or Lease** | **3,573.50** |
|    7320 Storage-Rent | 276.31 |
| **Total 7300 Occupany Expenses** | **3,849.81** |
| 7400 Utilities Expense | |
|    7405 Alarm Monitoring | 287.35 |
|    7415 Electric And Gas | 4,195.06 |
|    7425 Telephone | 2,566.73 |
|    7430 Water Charges | 6,517.32 |
| **Total 7400 Utilities Expense** | **13,566.46** |
| 7500 General And Admin | |
|    7305 Insurance | 13,348.69 |
|    7515 Bank Charges | 273.00 |
|    7535 Computer Services/Supplies | 2,292.45 |
|    7540 Dues & Subscriptions | 1,134.33 |
|    7550 Legal Expenses | 565.50 |

# King State

### Profit and Loss

October - December, 2023

|  | TOTAL |
|---|---:|
| 7555 Licenses & Permits | 1,162.35 |
| 7560 Lodging | 193.46 |
| 7565 Meals and Entertainment | 1,330.31 |
| 7575 Office Supplies | 1,054.45 |
| 7580 Gusto Payroll Fee | 1,164.00 |
| 7595 Professional Fees | 2,266.00 |
| 7600 Sales And Use Tax | -60.00 |
| 7605 Travel | |
|   7607 Fuel / Transportation | 680.52 |
|   7608 Parking Fees | 12.85 |
| **Total 7605 Travel** | **693.37** |
| **Total 7500 General And Admin** | **25,417.91** |
| 8505 State Taxes | 5,534.72 |
| 8600 Uncategorized Expense/Income | 392.00 |
| **Total Expenses** | **$267,902.16** |
| **NET OPERATING INCOME** | **$ -72,227.93** |
| Other Expenses | |
|   8300 Interest Expense | 450.06 |
| **Total Other Expenses** | **$450.06** |
| **NET OTHER INCOME** | **$ -450.06** |
| **NET INCOME** | **$ -72,677.99** |

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **King State Coffee LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **BayFirst National Bank, NA** 700 Central Avenue Saint Petersburg, FL 33701 | | 520 E. Floribraska Avenue, Tampa, FL 33603 Value based on 2020 appraisal | | $347,463.59 | $700,000.00 | $216,932.12 |
| **Blue Bridge Financial, LLC** 11921 Freedom Drive Suite 1130 Reston, VA 20190 | | Monoblock CB50C with parts | | $200,635.68 | $0.00 | $200,635.68 |
| **Cavoya Coffee** | | Trade debt | | | | $22,000.00 |
| **IPFS Corporation** 400 Northridge Road Suite 450 Atlanta, GA 30350 | | Insurance | | | | $4,708.71 |
| **Keg Connect, LLC** 701 Dr. MLK Jr. St. S. Saint Petersburg, FL 33705 | | 40 1/6 BBL Kegs | | Unknown | Unknown | Unknown |
| **Keg Connect, LLC** 701 Dr. MLK Jr. St. S. Saint Petersburg, FL 33705 | | 35 16 BBL Kegs | | Unknown | Unknown | Unknown |
| **Keg Connect, LLC** 701 Dr. MLK Jr. St. S. Saint Petersburg, FL 33705 | | 20 1/6 BBL Kegs and 36 1/2 BBL Kegs | | Unknown | Unknown | Unknown |
| **Keg Connect, LLC** 701 Dr. MLK Jr. St. S. Saint Petersburg, FL 33705 | | 60 1/6 BBL Kegs and 24 1/2 BBL Kegs | | Unknown | Unknown | Unknown |

Debtor **King State Coffee LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Pawee**<br>**550 1st Avenue N.**<br>**Saint Petersburg, FL 33701** | | **Cryodoser Flex - Craft Custom, C-Flex STD Doser Hose R1 1/4" ID SW CFLEX, Interchangeable arm, Long Doser X, Sensor kit - Ind. Prox. 18MM with cable &** | | $45,903.40 | $0.00 | $45,903.40 |
| **SystmatiQ Accounting**<br>**Attn: Neeta Hemlall**<br>**390 Myrtle Ave**<br>**Brooklyn, NY 11205** | | **Bookkeeping services** | | | | $12,000.00 |

King State Coffee LLC
16703 E. Course Drive
Tampa, FL 33624

First Home Bank
9190 Seminole Boulevard
Seminole, FL 33772

David S. Jennis
David Jennis, PA d/b/a Jennis Morse
606 East Madison Street
Tampa, FL 33602

Fly
1776 11th Avenue North
Saint Petersburg, FL 33713

BayFirst National Bank, NA
700 Central Avenue
Saint Petersburg, FL 33701

IPFS Corporation
400 Northridge Road
Suite 450
Atlanta, GA 30350

Blue Bridge Financial, LLC
11921 Freedom Drive
Suite 1130
Reston, VA 20190

Keg Connect, LLC
701 Dr. MLK Jr. St. S.
Saint Petersburg, FL 33705

Cavoya Coffee

Pawee
550 1st Avenue N.
Saint Petersburg, FL 33701

Channel Partners Equip. Fin.
10900 Wayzata Blvd
Suite 300
Hopkins, MN 55305

SystmatiQ Accounting
Attn: Neeta Hemlall
390 Myrtle Ave
Brooklyn, NY 11205

CT Corporation System, Rep
330 N. Brand Boulevard
Suite 700
Attn: SPRS
Glendale, CA 91203

Timothy F. McTague
16703 E. Course Drive
Tampa, FL 33624

ELease
550 1st Avenue N.
Saint Petersburg, FL 33701

U.S. Small Business Admin.
2 North Street
Suite 320
Birmingham, AL 35203

ELease Funding, Inc.
550 1st Avenue N.
Saint Petersburg, FL 33701