# United States Bankruptcy Court
## Middle District of Florida

In re   **King State Coffee LLC**

Debtor(s)

Case No.

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **King State Coffee LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**February  2, 2024**

Date

**/s/ David S. Jennis**

**David S. Jennis 775940**

Signature of Attorney or Litigant

Counsel for   **King State Coffee LLC**

**David Jennis, PA d/b/a Jennis Morse**
**606 East Madison Street**
**Tampa, FL 33602**
**(813) 229-2800**
**ecf@JennisLaw.com**