ORDERED.

**Dated: September 07, 2024**

*/s/ Catherine Peek McEwen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
www.flmb.uscourts.gov

In re:                                              Case No. 8:24-bk-00576-CPM

KING STATE COFFEE,                                  Chapter 11
                                                    Subchapter V
    Debtor.
_____/

**AGREED ORDER GRANTING eLEASE FUNDING, INC.'S
MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

**THIS CAUSE** having come before the Court on Tuesday, August 27, 2024 at 2:30 p.m. upon eLease Funding, Inc.'s Motion for Relief from the Automatic Stay [Doc 69] (the "Motion"). By submission of this Order for entry, the submitting counsel represents that the Debtor consents to its entry.  Due notice having been given and the Court being fully advised in the premises, and having found that cause exists to grant the relief sought, it is

**ORDERED that**:

1. The Motion is GRANTED.

2. The automatic stay is lifted for the sole purpose of allowing eLease Funding, Inc. to complete *in rem* relief to take any and all steps necessary to exercise any and all rights it may have in the following:

   a. 40 Kegs 1/6 BBL pursuant to Keg Rental Agreement #KING1;

   b. 35 Kegs 1/6 BBL pursuant to Keg Rental Agreement #KSC2;

   c. 20 Kegs 1/6 BBL, 36 Kegs 1/2 BBL pursuant to Keg Rental Agreement #KSC3; and

   d. 60 Kegs 1/6 BBL, 24 Kegs 1/2 BBL pursuant to Keg Rental Agreement #KSC5

(collectively referred to in the Motion as the "Equipment"), including gaining and retaining possession of the Equipment, and to have such other and further *in rem* relief as is just.

3. eLease Funding, Inc. shall not obtain *in personam* relief against the Debtor.

4. eLease Funding, Inc. agrees to withdraw its proof of claim [Claim No. 12] in consideration and exchange for the Debtor's surrender of the Equipment and compete resolution of the post-petition ACH issue between the Debtor and eLease Funding, Inc.

5. The provisions of Bankruptcy Rule 4001(a)(3) are waived and do not apply to this Order.

###

Submitted by:
George L. Zinkler, III, Esq.
Lorium Law
101 N.E. Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301
Telephone: 954.462.8000
Email: gzinkler@loriumlaw.com

**Attorney George L. Zinkler, III is directed to serve a copy of this Order on interested parties who do not receive service by CM/ECF and file a proof of service within three days of entry of this Order.**