

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA

# PRO MEMO

01/09/2025 03:30 PM

COURTROOM 8B

HONORABLE CATHERINE MCEWEN

| CASE NUMBER: | | FILING DATE: |
|---|---|---|
| 8:24-bk-00576-CPM | 11 | 02/02/2024 |

**Chapter 11**

**DEBTOR:** King State Coffee LLC

**DEBTOR ATTY:** George Zinkler

**TRUSTEE:** Michael Markham

**HEARING:**

Motion for Relief from Stay. (Fee Paid.) Re: 520 East Floribraska Avenue. Filed by Stephanie C Lieb on behalf of Creditor BayFirst National Bank, N.A. Doc #105

**APPEARANCES::**
AAPPEARANCES: via zoom: Michael Markham, Nicole Peair AAPPEARANCES: in person: Kelsey Burgess, Michael Stavros


**RULING:**
Motion for Relief from Stay. (Fee Paid.) Re: 520 East Floribraska Avenue. Filed by Stephanie C Lieb on behalf of Creditor BayFirst National Bank, N.A. Doc #105

 ...Continued in open court to 2/6/2025 at 2:30 p.m. - no further notice will be given...

All parties may attend the hearing in person. Parties are directed to review Judge McEwen's Procedures Governing Court AAPPEARANCES: (available at https://www.flmb.uscourts.gov/judges/tampa/mcewen/Judge_McEwen_Hearing_Procedures.pdf) for her policies and procedures for remote attendance at hearings by video or telephone via Zoom.
Proposed Orders, if applicable, should be submitted within three days after the date of the hearing - Local Rule 9072-1(c). Failure to submit proposed orders before this case/adversary proceeding is closed will result in motions/objections/applications being denied as moot. This docket entry/document is not an official order of the Court.