ORDERED.

Dated: March 25, 2025

*Catherine M°Ewen*
Catherine Peek McEwen
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:

KING STATE COFFEE, LLC

      Debtor
_____/

Case No. 8:24-bk-00576-CPM

Chapter 11

## ORDER APPROVING DEBTOR'S PRIVATE SALE OF REAL PROPERTY FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS, AND ENCUMBRANCES
(Doc. 126)

THIS CASE came before the Court on March 13, 2025 at 2:00 p.m. hearing (the "**Hearing**") on the *Debtor's Motion to Authorize the Private Sale Of Real Property Free And Clear Of Liens, Claims, Interests, And Encumbrances* (Doc. 126) (the "**Motion**")[1] filed by King State Coffee LLC (the "**Debtor**"). Through the Motion, the Debtor seeks the entry of an order authorizing the private of sale of the Debtor's real property as described and defined in the Motion (the "**Property**") to Orlando Group Investments, LLC d/b/a Foxtail Coffee ("**Foxtail**").

Through the Motion, the Debtor requested the notice period be shortened to 21 days running until the Hearing. No objection or response to the Motion was filed in the period specified for the filing of such objections or responses, therefore the Court deems the Motion to be

---

[1] All capitalized terms not specifically defined herein shall have the meaning ascribed to them in the Motion.

4890-7326-1932, v. 2

unopposed. The Court having considered the Motion, the arguments and the proffer of counsel at the Hearing, and the record, finds it appropriate to grant the relief requested. Accordingly, it is

**ORDERED** that:

1. The Motion is **GRANTED**.

2. The final sale pursuant to the Motion and the terms of the attached sale agreement is **APPROVED**.

3. The sale of the Property is pursuant to 11 U.S.C. § 363 and shall be free of all liens, claims, interests and encumbrances and other interests, which shall attach to the sale proceeds to the same extent, validity, and priority existing on the Petition Date.

4. Foxtail is entitled to the protections afforded to good faith purchases under 11 U.S.C. § 363(m).

5. The Court reserves jurisdiction to enforce the terms of the Motion as the Property as contemplated herein.

*Attorney Michael A. Stavros is directed to serve a copy of this order on the interested parties who do not receive service via CM/ECF and file proof of service within three (3) days of entry of the order.*